UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH DARNELL JOHNSON,

Plaintiff,

v.

CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES, et al.,

Defendants.

No. 2:25-cv-3050 CSK P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2026, this Court granted plaintiff ninety days in which to discover the identity of doe defendant CCHCS data entry employee. (ECF No. 25.) In response to that order, plaintiff filed a pleading docketed as "Notice Re Subpoena." (ECF No. 26.) Attached to this document is a subpoena addressed to "CCHCS data entry doe." (Id. at 2.) This subpoena requests that "CCHCS data entry doe" provide plaintiff with their true name and address. (Id.) Plaintiff requests that the court send a copy of the subpoena to doe defendant CCHCS data entry employee. (Id. at 1.)

This Court cannot order service of plaintiff's subpoena because this Court does not know the identity of doe defendant CCHCS data entry employee. The July 28, 2026 order contains information regarding how plaintiff may discover the identity of doe defendant CCHCS data entry employee. (ECF No. 25 at 2-3.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Notice Re Subpoena" (ECF No. 26) is deemed resolved; no further orders will issue in response to this pleading.

Dated: August 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

John3050.ord(2)/2